AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA    [▼]

| | | |
|---|---|---|
| Barry Newhouse, et al, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:26-cv-00980-RCL |
| U.S. Agency for Global Media, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.                                                                                                          .

Date:      03/23/2026                                    /s/ David Z. Seide
                                                                    *Attorney's signature*

                                                        David Z. Seide, 421899
                                                    *Printed name and bar number*
                                                    Government Accountability Project
                                                        1612 K Street NW
                                                        Washington DC 20006


                                                            *Address*

                                                    davids@whistleblower.org
                                                        *E-mail address*

                                                        (213) 804-4700
                                                        *Telephone number*


                                                            *FAX number*