AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| BARRY NEWHOUSE, AYESHA TANZEEM, DONG HYUK LEE, KSENIA TURKOVA, PEN AMERICA, REPORTERS WITHOUT BORDERS, INC., and REPORTERS SANS FRONTIÈRES,<br><br>*Plaintiff(s)*<br><br>v.<br><br>U.S. AGENCY FOR GLOBAL MEDIA, MICHAEL RIGAS, in his official capacity as Acting CEO of the U.S. Agency for Global Media, KARI LAKE, in her official capacity as a federal employee<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  1:26-cv-00980 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Attorney for the District of Columbia
United States Attorney's Office
601 D St NW, Washington, DC 20004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    See the attached rider.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-00980

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

’ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

’ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

’ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

’ I returned the summons unexecuted because _____ ; or

’ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____


_____
*Server's signature*


_____
*Printed name and title*


_____
*Server's address*


Additional information regarding attempted service, etc:



Print      Save As...      Reset

**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

BARRY NEWHOUSE, AYESHA TANZEEM,
DONG HYUK LEE, KSENIA TURKOVA, PEN
AMERICA, REPORTERS WITHOUT
BORDERS, INC., and REPORTERS SANS
FRONTIÈRES,
c/o Emery Celli Brinckerhoff Abady Ward &
Maazel LLP, One Rockefeller Plaza, 8th Fl. New
York, NY 10020
               Plaintiffs,

    -against-

U.S. AGENCY FOR GLOBAL MEDIA,
Wilbur J. Cohen Federal Building
330 Independence Avenue SW
Washington, DC 20407,

MICHAEL RIGAS, in his official capacity as Acting
CEO of the U.S. Agency for Global Media, Wilbur J
Cohen Federal Building
330 Independence Avenue SW
Washington, DC 20407, and

KARI LAKE, in her official capacity as a federal
employee,
Wilbur J. Cohen Federal Building
330 Independence Avenue SW
Washington, DC 20407,

               Defendants.

**RIDER TO SUMMONS**

Case No. 1:26-cv-00980

## Plaintiffs' Attorneys' Firm Name, Address and Telephone Number

*GOVERNMENT ACCOUNTABILITY PROJECT* - David Z. Seide, 1612 K Street, NW
Washington, DC 20006, (202) 457-0034. *Counsel for all Plaintiffs.*

*EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP* - Andrew G. Celli, Jr.,
Daniel M. Eisenberg, Nick Bourland, Rachel Wyant, One Rockefeller Plaza, 8th Floor, New
York, New York 10020, (212) 763-5000. *Counsel for Plaintiffs*

*DEMOCRACY DEFENDERS FUND*- Norman L. Eisen, Taryn Wilgus Null, Lindsay W.
Zimliki, Zsa'Queria Martin, 600 Pennsylvania Avenue SE #15180, Washington, DC 20003.
(202) 594-9958, *Counsel for all Plaintiffs.*

*MEDIA FREEDOM & INFORMATION ACCESS CLINIC- YALE LAW SCHOOL*- David A.
Schulz, 127 Wall Street, New Haven, CT 06520. *Counsel for all Plaintiffs.*

1