# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Barry Newhouse, et al.,

      *Plaintiffs,*

  v.

U.S. Agency for Global Media, et al.,

      *Defendants.*

Civil Action No. 1:26-cv-00980

**NOTICE OF APPEARANCE**

## NOTICE OF APPEARANCE

The undersigned counsel notices his appearance on behalf of all Plaintiffs in the above-captioned case. The undersigned respectfully requests that the Court, and all parties hereto, take notice of his appearance, and further requests ECF/PACER notifications from the Court on matters concerning the case.

Dated: March 24, 2026

/s/ Daniel M. Eisenberg
Daniel M. Eisenberg (D.C. Bar No. 90017823)
EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
1 Rockefeller Plaza, 8th Floor
New York, NY 10020
(212) 763-5000
deisenberg@ecbawm.com