AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Newhouse et.al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-00980 |
| U.S. Agency for Global Media, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Please see attached.                                                                                            .

Date:      03/24/2026

/s/ Taryn Wilgus Null
*Attorney's signature*

Taryn Wilgus Null, D.C. Bar, 985724
*Printed name and bar number*

Democracy Defenders Fund
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003

*Address*

Taryn@democracydefenders.org
*E-mail address*

(202) 594-9958
*Telephone number*

(208) 493-4909
*FAX number*

| Print | Save As... | Reset |
|---|---|---|