# **Counsel For**

- Barry Newhouse

- Ayesha Tanzeem

- Dong Hyuk Lee

- Ksenia Turkova

- PEN America

- Reporters Without Borders, Inc.

- Reporters Sans Fronteres